UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

ANGELICA GUTIERREZ GOMEZ, ) CV 14-2556-SH
                                 )
        Plaintiff,        ) JUDGMENT
  v.                             )
                                 )
CAROLYN W. COLVIN,        )
Commissioner of Social Security )
Administration,                  )
                                 )
        Defendant.      )
_____ )

     IT IS HEREBY ADJUDGED that the decision of the Commissioner is reversed and remanded for further proceedings pursuant to Sentence 4 of 42 U.S.C. §405(g).

DATED: December 9, 2014

                                          /s/ Stephen J. Hillman
                               _____
                                  STEPHEN J. HILLMAN
                             UNITED STATES MAGISTRATE JUDGE