IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, ANGELICA GUTIERREZ GOMEZ,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANGELICA GUTIERREZ GOMEZ, <br><br> Plaintiff, <br> vs. <br><br> CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.: CV 14-02556 <br><br> ORDER <br> AWARDING EAJA FEES <br><br><br> HON. STEPHEN J. HILLMAN <br> UNITED STATES MAGISTRATE <br> JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of FOUR THOUSAND NINE HUNDRED DOLLARS ($4,900.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: January 21, 2015        _____
                               HON. STEPHEN J. HILLMAN
                               UNITED STATES MAGISTRATE
                               JUDGE